■ In the Matter of KPT ENTERPRISES, LTD., Appellant, v TOWN BOARD OF THE TOWN OF OYSTER BAY, Respondent.— Appeal by the petitioner from a judgment of the Supreme Court, Nassau County (Brucia, J.), dated April 24, 1989.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Brucia at the Supreme Court. Brown, J. P., Lawrence, Kooper and Rosenblatt, JJ., concur.